**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ONYX THERAPEUTICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 19-0071-LPS |
| BRECKENRIDGE PHARMACEUTICAL, INC., | ) ) ) ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY stipulated and agreed by Plaintiff Onyx Therapeutics, Inc. and Defendant Breckenridge Pharmaceutical, Inc., subject to the approval of the Court, that the time within which Defendant Breckenridge Pharmaceutical, Inc. shall move, answer or otherwise respond to the Complaint is extended through and including February 19, 2019.

| | |
|---|---|
| */s/ Karen Jacobs* | */s/ Kelly E. Farnan* |
| Jack B. Blumenfeld (#1014) | Kelly E. Farnan (# 4395) |
| Karen Jacobs (#2281) | Sara M. Metzler (#6509) |
| Megan Dellinger (#5739) | Richards, Layton & Finger, P.A. |
| Morris, Nichols, Arsht & Tunnell LLP | One Rodney Square |
| 1201 North Market Street | 920 N. King St |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899 | (302) 651-7700 |
| (302) 658-9200 | farnan@rlf.com |
| jblumenfeld@mnat.com | metzler@rlf.com |
| kjacobsmnat.com | |
| mdellinger@mnat.com | *Attorneys for Defendant Breckenridge Pharmaceutical, Inc.* |
| *Attorneys for Plaintiff Onyx Therapeutics, Inc.* | |

SO ORDERED this ___ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE